# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 61  SSM 7
In the Matter of Shelly A.
Grover,
     Appellant,
    v.
State Insurance Fund,
    Respondent.
Workers' Compensation Board,
    Respondent.

Submitted by Mark C. Somers, for appellant.
Submitted by Joseph P. DeCoursey, for respondent State Insurance Fund.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs. On this record, substantial evidence supports the Workers' Compensation Board's determination that claimant's injury is not compensable. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided May 2, 2019